**Dismissed and Opinion Filed March 27, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01681-CV**

**WALTER MITCHELL, Appellant**
**V.**
**TONYA CHANDLER, FRANK FORSHEE, PATRICK PARKER,**
**AND LETICIA TARRANT, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-12330**

**MEMORANDUM OPINION**
Before Justices Lang-Miers, Murphy, and Fillmore
Opinion by Justice Lang-Miers

This appeal from the trial court's February 29, 2012 take nothing final judgment and April 27, 2012 order denying appellant's motion for new trial was filed November 6, 2012. Pursuant to rule of appellate procedure 26, the deadline for filing the notice of appeal was May 29, 2012, or with a timely extension motion, June 13, 2012. *See* TEX. R. APP. P. 26.1(a)(1), 26.3. Because the notice of appeal on its face appeared untimely, we directed appellant to file a letter brief addressing our jurisdiction over the appeal, and gave appellees an opportunity to respond. Appellant, appearing pro se, responded but addressed the merits of his appeal instead of our jurisdiction. Appellees also responded and agreed we lack jurisdiction.

Our jurisdiction is invoked upon the timely filing of a notice of appeal. *See* TEX. R. APP. P. 25.1(b); *Garza v. Hibernia Nat'l Bank*, 227 S.W.3d 233, 233 (Tex. App.—Houston [1st Dist.]

2007, no pet.).  Appellant's notice of appeal, filed beyond the deadline set forth by the appellate rules, fails to invoke our jurisdiction.  Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 42.3(a).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

121681F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WALTER MITCHELL, Appellant

No. 05-12-01681-CV          V.

TONYA CHANDLER, FRANK FORSHEE, PATRICK PARKER, AND LETICIA TARRANT, Appellees

On Appeal from the 191st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-10-12330.
Opinion delivered by Justice Lang-Miers, Justices Murphy and Fillmore participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellees Tonya Chandler, Frank Forshee, Patrick Parker, and Leticia Tarrant recover their costs of this appeal from appellant Walter Mitchell.

Judgment entered this 27th day of March, 2013.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE